# EXHIBIT A



# Statement

FAO Oliver Hotham
ohotham@gmail.com


Straight Pride is a small group of heterosexual individuals who joined after seeing the rights of people who have opposing views of homosexuality trampled over and quite frankly oppressed.

With the current political situation in the United Kingdom of Gay Marriage passing and everyone being forced to accept homosexuals, and other chosen lifestyles and behaviours, no matter their opposing views. Straight Pride has seen people sued, and businesses affected all because the homosexual community do not like people having a view or opinion that differ from theirs.

Straight Pride aims are neutral and we do not follow religion, but we do support people who are oppressed for being so. Only today, Straight Pride see that two homosexual parents are planning to sue the Church because they 'cannot get what they want' this is aggressive behaviour and this is the reason why people have strong objections to homosexuals.

The Straight Pride mission is to make sure that the default setting for humanity is not forgotten and that heterosexuals are allowed to have a voice and speak out against being oppressed, because the politically correct Government. Straight Pride feel need to raise awareness of heterosexuality, family values, morals, and traditional lifestyles and relationships.

Homosexuals do currently have more rights than heterosexuals, their rights can trump those of others, religious or not. Heterosexuals cannot speak out against homosexuals, but homosexuals are fee to call people bigots who don't agree with homosexuality, heterosexuals, religious or not cannot refuse to serve or accommodate homosexuals, if they do, they face being sued, this has already happened. Straight Pride believe anyone should be able to refuse service and speak out against something they do not like or support.

There is a hotel in the south of England, called Hamilton Hall, this only accepts homosexuals, now if this is allowed, then hotels should have the choice and right to who they accommodate.

The response to Straight Pride formation has been as expected, hostile, threatening, and aggressive. Homosexuals do not like anyone challenging them, or their behaviour.
We have had support from many people saying that if homosexuals can have a Pride March, and then equality should allow Heterosexuals to have one too. After all, the homosexual movement want everyone to have equality.

Heterosexuality is the default setting for the human race, this is what creates life, if everyone made the decision to be homosexual, life would stop. People are radicalised to become homosexual, it is promoted to be 'okay' and right, by the many groups that have sprung up.

Marriage is a man and a woman, homosexuals had Civil Partnerships, which were identical to Marriage with all the same rights, they wanted to destroy Marriage and have successfully done so.

Straight Pride would praise Margaret Thatcher, for her stance on Section 28, which meant that children would not be taught about homosexuality, as this should not on the curriculum. More recently, Straight Pride admire President Putin of Russia for his stance and support of his countries traditional values.

Straight Pride support what Russia and Africa is doing, the country has morals and is listening to its majority, the country is not 'anti-gay' that is a term always used by the Homosexual Agenda to play the victim and suppress opinions and views of those against it. These countries have passed laws, these laws are to be respect and no other country should interfere with another counties laws or legislation.

We have country wide events which our members attend, and ask people their opinions and views, on such event at Glastonbury this year was very positive with the majority of people we asked, replied they were happily heterosexual.

Our key points:

AWARENESS

To raise awareness of the heterosexual part of society and assure that their presence is known and their views are heard. In the current political correct society, the Government focus too much on the homosexual minority, this is not equal. We must raise awareness of heterosexuality and traditional orientation.

EQUALITY

Heterosexuals do not have equality, homosexuals have more rights then any sector of society. They have the right to take over city streets, dress ridiculously, and parade with danger and contempt, invade hotels and B&B's run and owned by people who object to homosexuality, and then sue them when refusal is given. Straight Pride, we believe are normal everyday people, dressed normally, walking and behaving normally, to raise awareness of being straight, and being PROUD to be heterosexual.

RIGHTS

Homosexuals have more rights than others, they also have 'special rights' which trump others, cause problems for faith organisations, hotels, alike, heterosexuals must have rights to refuse, it is not 'homophobic' or 'bigoted' it is a person's right to without fear of being silenced or abused.

Straight Pride Press Team
press@straightprideuk.com