1  DURIE TANGRI LLP
   JOSEPH C. GRATZ (SBN 240676)
2  jgratz@durietangri.com
   217 Leidesdorff Street
3  San Francisco, CA  94111
   Telephone:    415-362-6666
4  Facsimile:    415-236-6300

5  Attorney for Plaintiffs
   Automattic Inc. and
6  Oliver Hotham

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUTOMATTIC INC. and
OLIVER HOTHAM,

               Plaintiffs,

  v.

NICK STEINER,

               Defendant.

Case No. 3:13-cv-5413

**CERTIFICATE OF INTERESTED ENTITIES**

| | |
|---|---|
| 1 | Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named |
| 2 | parties, there is no such interest to report. |

Dated: November 21, 2013

DURIE TANGRI LLP

By: /s/ Joseph C. Gratz
JOSEPH C. GRATZ

Attorney for Plaintiffs
Automattic Inc. and
Oliver Hotham