1  DURIE TANGRI LLP
   JOSEPH C. GRATZ (SBN 240676)
2  jgratz@durietangri.com
   217 Leidesdorff Street
3  San Francisco, CA  94111
   Telephone:       415-362-6666
4  Facsimile:       415-236-6300

5  Attorney for Plaintiffs
   Automattic Inc. and
6  Oliver Hotham

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | AUTOMATTIC INC. and            | Case No. 3:13-cv-5413
   | OLIVER HOTHAM,                 |
12 |                                | **NOTICE OF APPEARANCE**
   |                 Plaintiffs,    |
13 |                                |
   |       v.                       |
14 |                                |
   | NICK STEINER,                  |
15 |                                |
   |                 Defendant.     |
16

Please take notice that Joseph C. Gratz of the law firm Durie Tangri LLP hereby enters his appearance as counsel of record for Plaintiffs Automattic Inc. and Oliver Hotham ("Plaintiffs") and requests that any correspondence, motions, notices, and pleadings in this action directed to Plaintiffs also be served upon Joseph C. Gratz at the following address:

> Joseph C. Gratz
> Durie Tangri LLP
> 217 Leidesdorff Street
> San Francisco, CA  94111-3007
> (415) 362-6666
> Email:  jgratz@durietangri.com

Please add the name of Mr. Gratz to all service lists in this matter, including the e-filing service list.

Dated:  November 21, 2013

DURIE TANGRI LLP

By: _____
JOSEPH C. GRATZ

Attorney for Plaintiffs
Automattic Inc. and
Oliver Hotham