*E-Filed: December 20, 2013*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORDER ON MOTION TO RELATE CASES

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed as to the cases listed below. The time for filing an opposition or statement of support has passed.

| | |
|---|---|
| **C 13-05411 HRL** | **Automatic Inc., et al. v. Narendra Chatwal** |
| **C 13-05413 JCS** | **Automatic Inc., et al. v. Nick Steiner** |

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

**DATED:** 12/20/13

**United States Magistrate Judge**
**Howard R. Lloyd**