AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

AUTOMATTIC INC. and OLIVER HOTHAM

*Plaintiff(s)*

v.

NICK STEINER

*Defendant(s)*

Civil Action No. 3:13-cv-5413 JCS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NICK STEINER, New House, 67-68 Hatton Garden, London, England EC1N 8JY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  
DURIE TANGRI LLP
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:  415-362-6666

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*
*Richard W. Wieking*

Date: November 21, 2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:13-cv-5413 JCS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Nick Steiner**
was received by me on *(date)* November 26, 2013.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* The process service request for the documents listed below was forwarded to the English Authorities with the attached Summary of the Document to be Served on November 26, 2013. See Ex. A. On December 23, 2013, the English Authorities served the documents by posting them through the defendant's letterbox. This method is good service under rule 6.3(1)(c) of the Civil Procedure Rules of England and Wales. See attached Ex. B at 1.b.

My fees are $ 0.00 for travel and $ 450.00 for services, for a total of $ 450.00.

I declare under penalty of perjury that this information is true.

Date: 1-20-14

*Server's signature*

Rick Hamilton, Process Forwarding International
*Printed name and title*

ABC Legal Services
633 Yesler Way
Seattle, WA 98104

*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Complaint for Violation of 17 U.S.C. 512 (F); Civil Cover Sheet; Proposed Summons in a Civil Action; Certificate of Interested Entities; Notice of Appearance; Order setting Initial Case Management Conference and ADR deadlines; Civil Standing Order for Magistrate Judge Joseph C. Spero; Issued Summons in a Civil Action; Report of the Filing or Determination of an Action or Appeal Regarding a Copyright; Administrative Motion to Consider Whether the Cases Should be Related; Declaration of Joseph C. Gratz; [Proposed] Order Granting Administrative Motion to Consider Whether Cases Related