# EXHIBIT A

# SUMMARY OF THE DOCUMENT TO BE SERVED

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

(article 5, fourth paragraph)

Name and address of the requesting authority: Rick Hamilton
633 Yesler Way
Seattle, WA 98104
United States of America

Particulars of the parties:
Automattic Inc. et al     vs.     Nick Steiner

*SFP: 2013-17924 ZURUCKSENDEN - TO RETURN à retourner-de restituire*

## JUDICIAL DOCUMENT*

Nature of the document:
To give notice to the Defendant of the institution against him of a claim for civil damages, and summon him to answer to the claim.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
Plaintiffs are seeking to recover civil damages and other relief, amount to be determined in court.

Date and place for entering appearance:*
Defendant has twenty-one days from receipt of the accompanying Summons to make a written appearance, address is noted on the Summons.

Court which has given judgment:*
n/a

Date of judgment:*
n/a

Time limits stated in the document:*
Hearing Date:

## EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
n/a

Time limits stated in the document:*
n/a



TRACKING #: 7711952

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate