# EXHIBIT B

SFP:  2013-17924
Ref:  3:13-cv-05413

## CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

**1) that the document has been served  the (date) 23 December 2013**
**que le demande a ete executee          le (date)**

| | |
|---|---|
| **-at (place, street, number)** | **New House** |
| **-a (localite, rue, numero)** | **67-68 Hatton Garden** |
| | **London** |
| | **EC1N 8JY** |

**- in one of the following methods authorised by article 5:**
**-dans une des formes suivantes prevues a l'article 5:**
**a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention**
**selon les formes legales (article 5, alinea premier, lettre a)**

**b) in accordance with the following particular method selon la forme particuliere suivante**

**The documents were served by posting them through the defendant's letterbox. This method is good service under rule 6.3 (1) (c) of the Civil Procedure Rules of England and Wales**

**c) by delivery to the addressee, who accepted it voluntarily**
**par remise simple**
**The documents referred to in the request have been delivered to: Nick STEINER**

Les documents mentionnes dans la demande ont ete remis a:
- (identity and description of person)
- (identite et qualite de la personne)

- relationship to the addressee (family, business or other)
- liens de parente de subordination ou autres avec
le desinataire de l'acts

2) that the document has not been served, by reason of the following facts:
que la demande n'a pas ete executee, en raison des faits suivants:

in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.
Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint

Annexes
Documents returned
Pieces renvoyees

Done at London
fait a

in appropriate cases, documents
establishing the service:
le cas echeant, les documents
justicatifs de l'execution:

the 7 January, 2014
le

Signature and/or stamp:
Signature et/ou cachet:

0 7 JAN 2014