DURIE TANGRI LLP
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:      415-362-6666
Facsimile:       415-236-6300

Attorney for Plaintiffs
Automattic Inc. and
Oliver Hotham

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUTOMATTIC INC. and OLIVER HOTHAM,<br><br>                       Plaintiffs,<br><br>     v.<br><br>NICK STEINER,<br><br>                       Defendant. | Case No. 3:13-cv-5413-JCS<br><br>**PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST NICK STEINER** |

**TO THE CLERK OF THE COURT:**

Pursuant Federal Rule of Civil Procedure 55(a), Plaintiffs Automattic Inc. and Oliver Hotham request entry of default in this matter against Nick Steiner for failure to plead in response to or otherwise defend against Plaintiffs' Complaint within the time allowed by Fed. R. Civ. P. 12.  Plaintiffs served the Complaint on Defendant on December 23, 2013, as shown by the certificate of service on file with the court.  (ECF No. 14.)  Defendant has not responded.  Plaintiffs' Request for Entry of Default is supported by the Declaration of Joseph C. Gratz filed along with this Request, and the Complaint in this action on file with this court.  (ECF No. 1.)

Dated:  May 19, 2014                                                                                    DURIE TANGRI LLP

                                                                                    By:     */s/ Joseph C. Gratz*
                                                                                                   JOSEPH C. GRATZ

                                                                                    Attorney for Plaintiffs
                                                                                    Automattic Inc. and Oliver Hotham

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

     I certify that all counsel of record is being served on May 19, 2014 with a copy of this document via the Court's CM/ECF system.

                                                                                          */s/ Joseph C. Gratz*
                                                                                            JOSEPH C. GRATZ