1  DURIE TANGRI LLP
   JOSEPH C. GRATZ (SBN 240676)
2  jgratz@durietangri.com
   217 Leidesdorff Street
3  San Francisco, CA  94111
   Telephone:    415-362-6666
4  Facsimile:     415-236-6300

5  Attorney for Plaintiffs
   Automattic Inc. and
6  Oliver Hotham

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

11  AUTOMATTIC INC. and                    Case No. 3:13-cv-5413-JCS
    OLIVER HOTHAM,
12                                         **[PROPOSED] ORDER AND JUDGMENT**
                         Plaintiffs,
13                                         Date:   June 27, 2013
         v.                                Time:   10:30 am
14                                         Ctrm:   G - 15th Floor
    NICK STEINER,                          Judge:  Honorable Joseph C. Spero
15
                         Defendant.
16

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST
NICK STEINER / CASE NO. 3:13-CV-5413-JCS

Upon consideration of Plaintiffs Automattic Inc., and Oliver Hotham's ("Plaintiffs") Notice of Motion and Motion for Default Judgment against Nick Steiner, as well as the Declarations of Joseph C. Gratz, Paul Sieminski, and Oliver Hotham filed in support thereof and other materials of record in this action, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiffs' Motion for Default Judgment is granted;

2. Judgment is entered on Plaintiffs' Complaint in favor of Plaintiffs and against Defendant Nick Steiner ("Steiner");

3. Judgment for damages is entered against Defendant Nick Steiner and in favor of Plaintiff Oliver Hotham in the amount of $5,000;

4. Judgment for damages is entered against Defendant Nick Steiner and in favor of Plaintiff Automattic Inc. in the amount of $5,000; and

5. Defendant Nick Steiner shall pay Plaintiffs' costs and attorneys' fees in the amount of $14,520.

**IT IS SO ORDERED.**

Dated: _____, 2014

HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE