UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AUTOMATTIC INC., et al.,

    Plaintiffs,

    v.

NICK STEINER,

    Defendant.

_____/

No. C 13-5413 PJH

**JUDGMENT**

The court having granted the motion of plaintiffs Automattic, Inc. and Oliver Hotham for default judgment,

It is Ordered and Adjudged

that defendant Nick Steiner pay damages in the amount of $960.00 for Hotham's work and time, $1,860.00 for time spent by Automattic's employees, and $22,264.00 for Automattic's attorney's fees, for a total award of $25,084.00.

**IT IS SO ORDERED.**

Dated: March 2, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge